UNITED STATES DISTRICT COURT

Northern District of California

BOARD OF TRUSTEES,                                    No. C 12-01085 MEJ

                Plaintiff(s),                      **ORDER RE: STATUS**

   v.

SIERRA EQUIPMENT RENTAL,

                Defendant(s).

_____/

    This matter is currently scheduled for a Case Management Conference on September 27, 2012. However, as no joint statement has been filed, the Court VACATES the September 27 conference and ORDERS Plaintiffs to file a status report by October 4, 2012.

**IT IS SO ORDERED.**

Dated: September 21, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge