BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  clozano@unioncounsel.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiff,<br><br>        v.<br><br>SIERRA EQUIPMENT RENTAL, INC., a California Corporation,<br><br>                    Defendant. | No. 12-cv-1085 MEJ<br><br>**PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:     December 27, 2012<br>Time:    10:00 a.m.<br>Room:   B, 15th Floor<br>Judge:   Hon. Maria-Elena James |

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the Case Management Conference scheduled for December 27, 2012 at 10:00 a.m. be continued for ninety (90) days to allow Plaintiffs to either amend the complaint or to file a Motion for Default Judgment.

Plaintiffs filed the complaint in this case on March 5, 2012. Defendant Sierra Equipment Rental, Inc., a California Corporation ("Defendant") was served by substituted service, which was

deemed complete April 28, 2012. Plaintiffs are currently seeking relief through Defendant's payment bond. Plaintiffs believe they are entitled to recovery from this bond, and will amend the complaint to name the bond company as an additional defendant if they are not able to voluntarily resolve the bond claim. Therefore, although Defendant is in default, Plaintiffs have not yet requested an entry of Default.

Plaintiffs will either amend the complaint to name the insurance company, or will seek an entry of default against Defendant, and then move for default judgment. Accordingly, Plaintiffs respectfully request that the Court continue the Case Management Conference set for December 27, 2012 for ninety (90) days, to allow time for amendment or for a Motion for Default Judgment to be heard.

The above stated facts are set forth in the accompanying declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated:  December 20, 2012               Weinberg, Roger & Rosenfeld
                                        A professional corporation

                                        */S/ Daniel S. Brome*
                                By:     DANIEL S. BROME

                                        Attorneys for Plaintiff

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
EX PARTE APPLICATION TO CONTINUE CMC; [PROPOSED] ORDER                Case No. 12-cv-1085 MEJ

## [PROPOSED] ORDER

Based upon the foregoing Ex Parte Application to Continue Case Management Conference and Declaration of Daniel S. Brome in support thereof, the Court orders the continuance of the case management conference for ninety (90) days, or as soon thereafter as a court date is available. In addition, the Court Orders:

Dated:  December 21, 2012

_____
HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

130517/66753597459

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

EX PARTE APPLICATION TO CONTINUE CMC; [PROPOSED] ORDER     Case No. 12-cv-1085 MEJ

**PROOF OF SERVICE**
**(CCP §1013)**

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On December 20, 2012, I served the following documents in the manner described below:

**EX PARTE APPLICATION TO CONTINUE CMC; [PROPOSED] ORDER**

**DECLARATION OF DANIEL BROME IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE CMC**

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by United Parcel Service for overnight delivery.

On the following part(ies) in this action:

Karrie Kendall
Sierra Equipment Rental, Inc.
8175 Country Road 44
Glenn, CA 95943

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2012, at Alameda, California.

*/s/ Karen Scott*
Karen Scott

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001