UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

BOARD OF TRUSTEES, et al.,

Plaintiffs,

v.

SIERRA EQUIPMENT RENTAL,

Defendant.
_____/

No. C 12-01085 MEJ

**ORDER RE: STATUS**

This matter is currently scheduled for a Case Management Conference on March 28, 2013. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the March 28 conference and ORDERS Plaintiff to file a status report by April 11, 2013.

**IT IS SO ORDERED.**

Dated: March 25, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

Plaintiff(s),

v.

SIERRA EQUIPMENT RENTAL,

Defendant(s).
_______________________________________/

No. C 12-01085 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dated: March 25, 2013

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk